[Crim. No. 5418. In Bank. Feb. 26, 1953.]

In re HENRY FORD McCRACKEN, on Habeas Corpus.

Monroe, Chula & Lines for Petitioner.

Edmund G. Brown, Attorney General, and Clarence A. Linn, Assistant Attorney General, for Respondent.

THE COURT.—■ The writ of habeas corpus heretofore issued on the application of Henry Ford McCracken, having completely fulfilled the function for which it issued, is now therefore discharged. The petitioner is continued in the custody of the warden to await the further order of this court in the appeal proceedings in *McCracken* v. *Teets*, S. F. No. 18788.